# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIILABS INC., LTD., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 17-01863-CFC |
| NVIDIA CORPORATION, | )<br>)<br>) |
| Defendant. | )<br>) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff ZiiLabs Inc., Ltd. and Defendant NVIDIA Corporation, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in this cause of action and this action in its entirety, with prejudice. The parties shall bear their own costs, including attorneys' fees.

Dated: February 8, 2019

| | |
|---|---|
| */s/ James H.S. Levine* | */s/ Jack B. Blumenfeld* |
| Douglas D. Herrmann (Del. Bar No. 4872) | Jack B. Blumenfeld (Del. Bar No. 1014) |
| James H.S. Levine (Del. Bar No. 5355) | Jennifer Ying (Del. Bar No. 5550) |
| PEPPER HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| 1313 North Market Street | 1201 North Market Street |
| Suite 5100 | |
| P.O. Box 1709 | P.O. Box 1347 |
| Wilmington, DE 19899-1709 | Wilmington, DE 19899 |
| (302) 777-6500 | (302) 658-9200 |
| herrmannd@pepperlaw.com | jblumenfeld@mnat.com |
| levinejh@pepperlaw.com | jying@mnat.com |
| *Attorneys for Plaintiff ZiiLabs Inc., Ltd.* | *Attorneys for Defendant NVIDIA Corporation* |